# EXHIBIT A

Invoice for deposition transcript of Richard Quint

*Quint Measuring Systems Inc. v. Home Depot U.S.A., Inc., et al*
Civil File Action No. 1:10-CV-1963-JOF

CERTIFIED COURT REPORTERS



JOHN RAINS, ESQ.
BONDURANT, MIXSON & ELMORE
1201 W. PEACHTREE STREET
SUITE 3900, ONE ATLANTIC CENTER
ATLANTA, GA   30309

INV.NO.
    25372

INV.DATE     CL.NO.
12/19/2011    4584

Re: QUINT MEASURING SYSTEMS, INC    HOME DEPOT, INC ET AL
Assignment Date: November 17, 2011


O+1/DEPOSITION OF RICHARD QUINT

                          Total Amount  $    1,616.64
    Interest At A Rate Of 1.50% After 30 Days  $       0.00
                          Total due  $    1,616.64

                          4252|9155

METHOD OF PAYMENT :

☐ Check Enclosed                  ☐ Charge my credit card :
Please make check payable to :    ☐ VISA ☐ MasterCard
Premier Reporting                 ☐ American Express

☐☐☐☐  ☐☐☐☐  ☐☐☐☐  ☐☐☐☐  ☐☐ ☐☐
Credit Card #                                    Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Telephone

PREMIER REPORTING

The Pinnacle, Suite 500 ● 3455 Peachtree Road, N.E. ● Atlanta, Georgia  30326
404-237-1990 - 800-317-5773 - 404-816-1335 (fax) - www.premierreporting.com
Tax ID#: 58-2119241

EXHIBIT A - 1