# EXHIBIT B

Invoice for deposition transcript of Carol Quint and Lynette Guck

*Quint Measuring Systems Inc. v. Home Depot U.S.A., Inc., et al*
Civil File Action No. 1:10-CV-1963-JOF



CERTIFIED COURT REPORTERS

JOHN RAINS, ESQ.
BONDURANT, MIXSON & ELMORE
1201 W. PEACHTREE STREET
SUITE 3900, ONE ATLANTIC CENTER
ATLANTA, GA  30309

INV.NO.
25370

INV.DATE     CL.NO.
12/19/2011    4584

Re: QUINT MEASURING SYSTEMS, INC    HOME DEPOT, INC ET AL
Assignment Date: November 16, 2011

O+1/DEPOSITION OF LYNETTE MARIE GUCK

O+1/DEPOSITION OF CAROL QUINT

|  |  |
|---|---:|
| Total Amount $ | 1,308.17 |
| Interest At A Rate Of 1.50% After 30 Days $ | 0.00 |
| Total due $ | 1,308.17 |

4252|9 155

METHOD OF PAYMENT:
☐ Check Enclosed          ☐ Charge my credit card:
Please make check payable to:   ☐ VISA  ☐ MasterCard
Premier Reporting           ☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #                Exp. Date        Daytime Telephone

PREMIER REPORTING

The Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia  30326
404-237-1990 - 800-317-5773 - 404-816-1335 (fax) - www.premierreporting.com
Tax ID#: 58-2119241

EXHIBIT B - 1