# EXHIBIT C

Invoice for deposition transcript of Chris Peacock

*Quint Measuring Systems Inc. v. Home Depot U.S.A., Inc., et al*
Civil File Action No. 1:10-CV-1963-JOF



# INVOICE

**Elizabeth Gallo**
COURT REPORTING LLC

2900 Chamblee Tucker Road, Building 13, Atlanta, Georgia 30341
Telephone: 770.573.4838 | Fax: 1.866.870.6032
Toll-Free: 1.866.689.1837
General E-Mail: Info@Georgiareporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16009 | 12/30/2011 | 12047 |
| **Job Date** | **Case No.** | |
| 12/20/2011 | 1:10-cv-1963-JOF | |
| **Case Name** | | |
| Quint Measuring Systems vs. Home Depot USA | | |
| **Payment Terms** | | |
| Due upon receipt | | |

John H. Rains, IV
Bondurant, Mixson & Elmore, LLP
1201 West Peachtree Street, N.W.
Suite 3900 One Atlantic Center
Atlanta, GA 30309-3417

1 CERTIFIED COPY OF TRANSCRIPT OF:
   30(b)(6) of Christopher Peacock

                                                                                        634.41

                       **TOTAL DUE >>>**    **$634.41**

4252 9155

Thank you. Your business is appreciated.
Please make checks out to Elizabeth Gallo Court Reporting, LLC.

Please help keep our rates low. We rely on timely payments to keep our rates low. Payment is due upon receipt. No exceptions for third-party payments. Customer is responsible for all costs of collection, including reasonable attorney fees.

If you have any questions, please call Heather Grau at (404) 389-1177.

**Tax ID:** 20-4868995                                                                                    Phone: 404-881-4171   Fax: 404-881-4111

EXHIBIT C - 1