# EXHIBIT E

Invoice for deposition transcript of James Ardell

*Quint Measuring Systems Inc. v. Home Depot U.S.A., Inc., et al*
Civil File Action No. 1:10-CV-1963-JOF

LISS REPORTING, P.C.

618 Buckthorn, Buffalo Grove, IL 60089
Email: greatcsr@aol.com
Phone & Fax: 847.520.9720

# Invoice

| Date | Invoice # |
|---|---|
| 1/3/2012 | 12674 |

**Bill To**

Bondurant, Mixson & Elmore,
John H. Rains, IV
1201 West Peachtree Street, N.W.,
Suite 3900
Atlanta, GA 30309-3417

PAID

| Description | Amount |
|---|---|
| Quint Measuring Systems, Inc. vs. Home Depot USA, Inc., videotaped deposition of James Ardell, taken 12/21/11 | |
| Copy of Transcript, 180 pgs @$2.50 per page | 450.00 |
| Delivery Charge $10 | 10.00 |
| E-Tran, complimentary | |

| Total | $460.00 |
|---|---|

EXHIBIT E - 1

4252/9155