# EXHIBIT F

Invoice for deposition transcript of Mark Vandall

*Quint Measuring Systems Inc. v. Home Depot U.S.A., Inc., et al*
Civil File Action No. 1:10-CV-1963-JOF

| | | |
|---|---|---|
| U.S. Legal Support - LA<br>15250 Ventura Boulevard<br>Suite 410<br>Sherman Oaks, CA 91403<br>Phone:818-995-0600 Fax:818-995-4248 | | |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 321474 | 2/17/2012 | 249288 |
| Job Date | | Case No. |
| 12/14/2011 | | |

| Case Name |
|---|
| Quint Measuring Systems v. Home Depot |

| Payment Terms |
|---|
| Due upon receipt |

John H. Rains, IV
Bondurant, Mixson & Elmore
1201 W. Peachtree St., NW
Suite 3900
Atlanta, GA 30309

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Mark Vandall                                                                                          528.95

                                                    TOTAL DUE >>>                 $528.95
                                                    AFTER 4/2/2012 PAY            $581.85

Online bill pay available at www.uslegalsupport.com

4252 9155

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                                                          Phone:   Fax:

*Please detach bottom portion and return with payment.*

John H. Rains, IV
Bondurant, Mixson & Elmore
1201 W. Peachtree St., NW
Suite 3900
Atlanta, GA 30309

Job No.      : 249288        BU ID     : 40-GG
Case No.     :
Case Name    : Quint Measuring Systems v. Home Depot

Invoice No.  : 321474        Invoice Date : 2/17/2012
**Total Due** : $ 528.95
AFTER 4/2/2012 PAY $581.85

Remit To: **U.S. Legal Support (CA Reporting)**
          **P O Box 79637**
          **City of Industry, CA 91716-9637**

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

EXHIBIT F - 1