# EXHIBIT G

Invoice for video recording the depositions of
Richard Quint, Carol Quint, and Lynette Guck

*Quint Measuring Systems Inc. v. Home Depot U.S.A., Inc., et al*
Civil File Action No. 1:10-CV-1963-JOF

E-Lit.® Inc.

# Invoice

4060 Peachtree Road
Suite D-313
Atlanta, GA 30319

770-458-3838

| Date | Invoice # |
|------|-----------|
| 12/30/2011 | 1125 |

Bill To:

**Your Complete
Litigation Multimedia Solution**

Bondurant, Mixson & Elmore, LLP
Attn: John Rains IV
3900 One Atlantic Center
1201 W. Peachtree St., N.W.
Atlanta, GA 30309-3417

Digital Videography and Photography
Trial Presentation Services · Electronic Briefs
Audio and Video Editing · CD-ROM and DVD Solutions
Presentation Boards · 2- and 3-D Graphics and Animation
PC, Windows and Network Consulting

### Client Matter/Billing No.

| E-LIT EIN # | Terms | Due Date | Rep | Project |
|-------------|-------|----------|-----|---------|
| 58-2610126 | Net 30 | **1/29/2012** | BBR | QUINTvHOME_DEPOT |

| Item | Description | Qty | U/M | Rate | Amount |
|------|-------------|-----|-----|------|--------|
| Video - Add'l... | (Add'l hours) Videotaped Deposition of Carol Quint, taken November 16th, 2011 by the Defendants. | 3.9 | | 100.00 | 390.00 |
| Video - 1st 2... | (2 hour minimum) Videotaped Deposition of Lynette Guck, taken November 16th, 2011 by the Defendants. | 2 | | 150.00 | 300.00 |
| Video - Add'l... | (Add'l hours) Videotaped Deposition of Lynette Guck, taken November 16th, 2011 by the Defendants. | 4.62 | | 100.00 | 462.00 |
| Video - Add'l... | (Add'l hours) Videotaped Deposition of Richard Quint, taken November 17th, 2011 by the Defendants. | 9.83 | | 100.00 | 983.00 |
| DVT Discovery | Synchronized DVD(s)/CD(s) - per segment (**Discs may contain multiple segments. A segment is usually equivalent to one digital videotape.) | 13 | ea | 30.00 | 390.00 |
| DVT Discovery | Sealed copy(/copies) INCLUDED | 13 | ea | 0.00 | 0.00 |

Pay your bills online at:
https://www.intuitbillpay.com/e-lit.inc

| | |
|---|---|
| Total | $2,525.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $2,525.00 |

**Ask about our dependable and effective Trial Presentation Services...!**

*Thank you!*

For your convenience, we now accept major credit cards
within 10 days of invoice date.

4252|9155

*So that we may continue to provide the quality service and low cost that our clients have come to expect, payment for this invoice is due by the date specified above, and is not subject to any amount(s) due to the invoicee by co-counsel, the invoicee's client(s), or any third party. Please do not forward this invoice to any third party for payment. Payments not received by the specified Due Date will be subject to interest charges.*

EXHIBIT G - 1