# EXHIBIT H

Invoice for video recording of the deposition of James Ardell

*Quint Measuring Systems Inc. v. Home Depot U.S.A., Inc., et al*
Civil File Action No. 1:10-CV-1963-JOF



**Enhanced Legal Video**
504 West Prairie Street
Marengo, IL 60152
815.568.7544

# Invoice

| Date | Invoice No. |
|---|---|
| 01/06/12 | 3640 |
| EIN #13-4313601 ||

not

**Bill To:**
Rains, John H.
Bondurant, Mixson & Elmore, LLP
1201 West Peachtree Street, N.W.
Suite 3900, One Atlantic Center
Atlanta, GA 30309

| P.O. Number | Terms | Project |
|---|---|---|
|  | C.O.D.* |  |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
|  | Quint Measuring Systems VS. The Home Depot, USA |  |  |  |
|  | Videotaped deposition |  |  |  |
|  | James Ardell, 12/21/11 |  |  |  |
| 5c | Video synch, hours | 4 | 125.00 | 500.00 |
| 00 | FedEx shipping and handling | 1 | 35.00 | 35.00 |

Thank you for your business.

**Total** $535.00

4252/9155