# EXHIBIT I

Invoice for video recording of the deposition of Mark Vandall

*Quint Measuring Systems Inc. v. Home Depot U.S.A., Inc., et al*
Civil File Action No. 1:10-CV-1963-JOF

U.S. Legal Support - LA
15250 Ventura Boulevard
Suite 410
Sherman Oaks, CA  91403
Phone:818-995-0600   Fax:818-995-4248

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 321274 | 2/15/2012 | 249289 |
| Job Date | | Case No. |
| 12/14/2011 | | |
| | Case Name | |
| Quint Measuring Systems v. Home Depot | | |
| | Payment Terms | |
| Due upon receipt | | |

John H. Rains, IV
Bondurant, Mixson & Elmore
1201 W. Peachtree St., NW
Suite 3900
Atlanta, GA  30309

VIDEOTAPE SERVICES
  Mark Vandall -- (VIDEO)
                                                                                          352.50

**TOTAL DUE >>>**                              **$352.50**
AFTER 3/31/2012  PAY                           $387.75

Online bill pay available at www.uslegalsupport.com

4252|9155

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                                                           Phone:       Fax:

*Please detach bottom portion and return with payment.*

John H. Rains, IV
Bondurant, Mixson & Elmore
1201 W. Peachtree St., NW
Suite 3900
Atlanta, GA  30309

Job No.     : 249289            BU ID    :40-GG
Case No.    :
Case Name   : Quint Measuring Systems v. Home Depot

Invoice No. : 321274            Invoice Date :2/15/2012
**Total Due  : $ 352.50**
AFTER 3/31/2012  PAY $387.75

| PAYMENT WITH CREDIT CARD | AMEX | MC | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:            Phone#: | | | |
| Billing Address: | | | |
| Zip:                  Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **U.S. Legal Support (CA Reporting)**
          **P O Box 79637**
          **City of Industry, CA  91716-9637**

EXHIBIT I - 1