# EXHIBIT J

Invoice No. 15505 (Documents Bates labeled HD-QUINT000001-2190)

*Quint Measuring Systems Inc. v. Home Depot U.S.A., Inc., et al*
Civil File Action No. 1:10-CV-1963-JOF

Paragon Legal Technology Support
1230 Peachtree Street NE
Suite 200
Atlanta, GA 30309
Phone #   (404) 920-0077
Fax #     (404) 920-0080



# Invoice

| Date | Invoice # |
|---|---|
| 8/15/2011 | 15505 |

Federal Tax ID# 20-0558968

| Bill To |
|---|
| Bondurant Mixson & Elmore |
| 1201 W. Peachtree St NW |
| Suite 3900 |
| Atlanta, GA 30309 |

| Ship To |
|---|
| Bondurant Mixson & Elmore |
| 1201 W. Peachtree St NW |
| Suite 3900 |
| Atlanta, GA 30309 |
| Lindsey Harrison |

| Client Reference | Terms | Due Date | Rep | Ship | Project |
|---|---|---|---|---|---|
| 4252.9155 | | 8/30/2011 | MG | 8/15/2011 | 101451 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1,182 | 4-2100 | Scanning/Image Capture B/W | 0.12 | 141.84T |
| 2,190 | 4-2700 | OCR | 0.03 | 65.70T |
| 2,190 | 4-2300 | Electronic Numbering | 0.01 | 21.90T |
| 1,008 | 4-2500 | TIFF to PDF Conversion | 0.04 | 40.32T |
| 1 | 4-3110 | DVD Creation EDD | 35.00 | 35.00T |
| 1 | 4-3700 | Archive | 15.00 | 15.00T |
| | | HD-QUINT001 = QUINT000001 - 002190 | | |

| | |
|---|---|
| **Subtotal** | $319.76 |
| **Sales Tax (8.0%)** | $25.58 |
| **Total** | $345.34 |

_Customer Approval_ (signed)

Customer (s) shall have 15 days from the date of invoice within which to make payment to Paragon.
Late payment charges of one and one-half percent (1.5%) per month shall be charged on all past due amounts.