# EXHIBIT K

Invoice No. 15593 (Documents Bates labeled HD-QUINT002246-2503)

*Quint Measuring Systems Inc. v. Home Depot U.S.A., Inc., et al*
Civil File Action No. 1:10-CV-1963-JOF

Paragon Legal Technology Support

1230 Peachtree Street NE
Suite 200
Atlanta, GA 30309
Phone #   (404) 920-0077
Fax #     (404) 920-0080

# Invoice

| Date | Invoice # |
|---|---|
| 9/12/2011 | 15593 |

Federal Tax ID# 20-0558968

| Bill To | Ship To |
|---|---|
| Bondurant Mixson & Elmore<br>1201 W. Peachtree St NW<br>Suite 3900<br>Atlanta, GA 30309 | Bondurant Mixson & Elmore<br>1201 W. Peachtree St NW<br>Suite 3900<br>Atlanta, GA 30309<br>Tanya Reed |

| Client Reference | Terms | Due Date | Rep | Ship | Project |
|---|---|---|---|---|---|
| 4252.9155 | | 9/27/2011 | MG | 9/9/2011 | 80 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 258 | 4-2101 | Scanning/Image Capture B/W | 0.10 | 25.80T |
| 258 | 4-2310 | Matching Bates | 0.02 | 5.16T |
| 258 | 4-2700 | OCR | 0.03 | 7.74T |
| 1 | 4-3100 | CD Creation | 25.00 | 25.00T |
| 1 | 4-3700 | Archive | 15.00 | 15.00T |
| | | QUINT003 = HD-QUINT002246 - 2503 | | |

| | |
|---|---|
| Subtotal | $78.70 |
| Sales Tax (8.0%) | $6.30 |
| **Total** | **$85.00** |

_[signature]_
Customer Approval

Customer (s) shall have 15 days from the date of invoice within which to make payment to Paragon.
Late payment charges of one and one-half percent (1.5%) per month shall be charged on all past due
amounts.

EXHIBIT K - 1