# EXHIBIT L

Invoice No. 15624 (Documents Bates labeled HD- QUINT002504-3069)

*Quint Measuring Systems Inc. v. Home Depot U.S.A., Inc., et al*
Civil File Action No. 1:10-CV-1963-JOF

Paragon Legal Technology Support  
1230 Peachtree Street NE  
Suite 200  
Atlanta, GA 30309  
Phone # (404) 920-0077  
Fax # (404) 920-0080  

# Invoice

| Date | Invoice # |
|---|---|
| 9/21/2011 | 15624 ✓ |

Federal Tax ID# 20-0558968

| Bill To |
|---|
| Bondurant Mixson & Elmore<br>1201 W. Peachtree St NW<br>Suite 3900<br>Atlanta, GA 30309 |

| Ship To |
|---|
| Bondurant Mixson & Elmore<br>1201 W. Peachtree St NW<br>Suite 3900<br>Atlanta, GA 30309<br>Lindsey Harrison |

| Client Reference | Terms | Due Date | Rep | Ship | Project |
|---|---|---|---|---|---|
| 4252.9155 ✓ | | 10/6/2011 | MG | 9/21/2011 | 114 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 566 | 4-2300 | Electronic Numbering | 0.01 | 5.66T |
| 566 | 4-2550 | PDF to TIFF Conversion | 0.04 | 22.64T |
| 566 | 4-2700 | OCR | 0.03 | 16.98T |
| 1 | 4-3110 | DVD Creation | 35.00 | 35.00T |
| 1 | 4-3700 | Archive | 15.00 | 15.00T |
| | | QUINT004 = HD-QUINT002504 - 3069 | | |

| | |
|---|---|
| **Subtotal** | $95.28 |
| **Sales Tax (8.0%)** | $7.62 |
| **Total** | $102.90 |

_Customer Approval_ (signed)

Customer (s) shall have 15 days from the date of invoice within which to make payment to Paragon. Late payment charges of one and one-half percent (1.5%) per month shall be charged on all past due amounts.

EXHIBIT L - 1