# EXHIBIT M

Invoice No. 15628 (Documents Bates labeled HD- QUINT003071-6823)

*Quint Measuring Systems Inc. v. Home Depot U.S.A., Inc., et al*
Civil File Action No. 1:10-CV-1963-JOF

Paragon Legal Technology Support

1230 Peachtree Street NE
Suite 200
Atlanta, GA 30309
Phone #    (404) 920-0077
Fax #    (404) 920-0080

# Invoice

| Date | Invoice # |
|---|---|
| 9/21/2011 | 15628 |

Federal Tax ID# 20-0558968

**Bill To**
Bondurant Mixson & Elmore
1201 W. Peachtree St NW
Suite 3900
Atlanta, GA 30309

**Ship To**
Bondurant Mixson & Elmore
1201 W. Peachtree St NW
Suite 3900
Atlanta, GA 30309
Lindsey Harrison

| Client Reference | Terms | Due Date | Rep | Ship | Project |
|---|---|---|---|---|---|
| 4252.9155 | | 10/6/2011 | MG | 9/21/2011 | 117 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 3,753 | 4-2101 | Scanning/Image Capture B/W | 0.12 | 450.36T |
| 3,753 | 4-2300 | Electronic Numbering | 0.01 | 37.53T |
| 1 | 4-3110 | DVD Creation | 35.00 | 35.00T |
| 1 | 4-3700 | Archive | 15.00 | 15.00T |
| | | QUINT005 = HD-QUINT003071 - 6823 | | |

Subtotal    $537.89
Sales Tax (8.0%)    $43.03
**Total**    $580.92

Customer Approval

Customer (s) shall have 15 days from the date of invoice within which to make payment to Paragon. Late payment charges of one and one-half percent (1.5%) per month shall be charged on all past due amounts.

EXHIBIT M - 1