# EXHIBIT N

Invoice No. 15643 (Documents Bates labeled HD- QUINT006824-7480)

*Quint Measuring Systems Inc. v. Home Depot U.S.A., Inc., et al*
Civil File Action No. 1:10-CV-1963-JOF

Paragon Legal Technology Support
1230 Peachtree Street NE
Suite 200
Atlanta, GA 30309
Phone # (404) 920-0077
Fax # (404) 920-0080

# Invoice

| Date | Invoice # |
|---|---|
| 9/27/2011 | 15643 |

Federal Tax ID# 20-0558968

**Bill To**
Bondurant Mixson & Elmore
1201 W. Peachtree St NW
Suite 3900
Atlanta, GA 30309

**Ship To**
Bondurant Mixson & Elmore
1201 W. Peachtree St NW
Suite 3900
Atlanta, GA 30309
Lindsey Harrison

| Client Reference | Terms | Due Date | Rep | Ship | Project |
|---|---|---|---|---|---|
| 4252.9155 | | 10/12/2011 | MG | 9/27/2011 | 140 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 107 | 4-2101 | Scanning/Image Capture B/W | 0.12 | 12.84T |
| 657 | 4-2300 | Electronic Numbering | 0.01 | 6.57T |
| 657 | 4-2700 | OCR | 0.03 | 19.71T |
| 2 | 4-2600 | Family Check, Inserts Setup, Designations Setup, Load File /Database creation | 150.00 | 300.00T |
| 2 | 4-3100 | CD Creation | 25.00 | 50.00T |
| 1 | 4-3700 | Archive | 15.00 | 15.00T |
| | | QUINT006 = HD-QUINT006824 - 7480 | | |

| | |
|---|---|
| **Subtotal** | $404.12 |
| **Sales Tax (8.0%)** | $32.33 |
| **Total** | $436.45 |

*[signature]* Customer Approval

Customer (s) shall have 15 days from the date of invoice within which to make payment to Paragon.
Late payment charges of one and one-half percent (1.5%) per month shall be charged on all past due amounts.

EXHIBIT N - 1