# EXHIBIT O

Invoice No. 15721 (Documents Bates labeled HD- QUINT007481-7557)

*Quint Measuring Systems Inc. v. Home Depot U.S.A., Inc., et al*
Civil File Action No. 1:10-CV-1963-JOF

Paragon Legal Technology Support

1230 Peachtree Street NE
Suite 200
Atlanta, GA 30309
Phone # (404) 920-0077
Fax # (404) 920-0080

# Invoice

| Date | Invoice # |
|---|---|
| 10/17/2011 | 15721 |

Federal Tax ID# 20-0558968

| Bill To | Ship To |
|---|---|
| Bondurant Mixson & Elmore<br>1201 W. Peachtree St NW<br>Suite 3900<br>Atlanta, GA 30309 | Bondurant Mixson & Elmore<br>1201 W. Peachtree St NW<br>Suite 3900<br>Atlanta, GA 30309<br>Lindsey Harrison |

| Client Reference | Terms | Due Date | Rep | Ship | Project |
|---|---|---|---|---|---|
| 4252.9155 | | 11/1/2011 | MG | 10/17/2011 | 212 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | 4-2600 | Custom Annotation Branding Setup / Link to Native Creation | 150.00 | 150.00T |
| 77 | 4-2300 | Electronic Numbering | 0.01 | 0.77T |
| 77 | 4-2350 | Annotations/Designations | 0.01 | 0.77T |
| 2 | 4-3100 | CD Creation | 25.00 | 50.00T |
| 1 | 4-3700 | Archive | 15.00 | 15.00T |
| | | QUINT007 = HD-QUINT007481 - 7557 | | |

| | |
|---|---|
| **Subtotal** | $216.54 |
| **Sales Tax (8.0%)** | $17.32 |
| **Total** | $233.86 |

Customer Approval

Customer (s) shall have 15 days from the date of invoice within which to make payment to Paragon. Late payment charges of one and one-half percent (1.5%) per month shall be charged on all past due amounts.

EXHIBIT O - 1