# EXHIBIT P

Invoice No. 15889 (Documents Bates labeled HD- QUINT007558-7701)

*Quint Measuring Systems Inc. v. Home Depot U.S.A., Inc., et al*
Civil File Action No. 1:10-CV-1963-JOF

Paragon Legal Technology Support of Atlanta
1230 Peachtree Street NE
Suite 200
Atlanta, GA 30309
Phone #    (404) 920-0077
Fax #      (404) 920-0080

# Invoice

| Date | Invoice # |
|---|---|
| 12/1/2011 | 15889 |

Federal Tax ID# 20-0558968

| Bill To | Ship To |
|---|---|
| Bondurant Mixson & Elmore<br>1201 W. Peachtree St NW<br>Suite 3900<br>Atlanta, GA 30309 | Bondurant Mixson & Elmore<br>1201 W. Peachtree St NW<br>Suite 3900<br>Atlanta, GA 30309<br>Lindsey Harrison |

| Client Reference | Terms | Due Date | Rep | Ship | Project |
|---|---|---|---|---|---|
| 4252.9155 |  | 12/16/2011 | MG | 12/1/2011 | 358 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 104 | 4-2101 | Scanning/Image Capture B/W | 0.12 | 12.48T |
| 144 | 4-2300 | Electronic Numbering | 0.01 | 1.44T |
| 40  | 4-2550 | PDF to TIFF Conversion | 0.04 | 1.60T |
| 144 | 4-2700 | OCR | 0.03 | 4.32T |
| 1   | 4-3100 | CD Creation | 25.00 | 25.00T |
| 1   | 4-3700 | Archive | 15.00 | 15.00T |
|     |        | QUINT008 - HD - QUINT007558 - 007701 | | |

| | |
|---|---|
| Subtotal | $59.84 |
| Sales Tax (8.0%) | $4.79 |
| **Total** | $64.63 |

Customer Approval

Customer (s) shall have 15 days from the date of invoice within which to make payment to Paragon.
Late payment charges of one and one-half percent (1.5%) per month shall be charged on all past due
amounts.

EXHIBIT P - 1