# EXHIBIT Q

Invoice No. 15892 (Documents Bates labeled HD- QUINT007558-7703)

*Quint Measuring Systems Inc. v. Home Depot U.S.A., Inc., et al*
Civil File Action No. 1:10-CV-1963-JOF

Paragon Legal Technology Support of Atlanta
1230 Peachtree Street NE
Suite 200
Atlanta, GA 30309
Phone #     (404) 920-0077
Fax #       (404) 920-0080

# Invoice

| Date | Invoice # |
|---|---|
| 12/1/2011 | 15892 |

Federal Tax ID# 20-0558968

| Bill To |
|---|
| Bondurant Mixson & Elmore<br>1201 W. Peachtree St NW<br>Suite 3900<br>Atlanta, GA 30309 |

| Ship To |
|---|
| Bondurant Mixson & Elmore<br>1201 W. Peachtree St NW<br>Suite 3900<br>Atlanta, GA 30309<br>Lindsey Harrison |

| Client Reference | Terms | Due Date | Rep | Ship | Project |
|---|---|---|---|---|---|
| 4252.9155 | | 12/16/2011 | MG | 12/1/2011 | 363 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 2 | 4-2101 | Scanning/Image Capture B/W | 0.12 | 0.24T |
| 2 | 4-2300 | Electronic Numbering | 0.01 | 0.02T |
| 2 | 4-2700 | OCR | 0.03 | 0.06T |
| 1 | 4-3100 | CD Creation | 25.00 | 25.00T |
| 1 | 4-3700 | Archive | 15.00 | 15.00T |
| | | Quint008 - HD - Quint007558 - 7703 | | |

| | |
|---|---|
| Subtotal | $40.32 |
| Sales Tax (8.0%) | $3.23 |
| **Total** | $43.55 |

Customer Approval

Customer (s) shall have 15 days from the date of invoice within which to make payment to Paragon.
Late payment charges of one and one-half percent (1.5%) per month shall be charged on all past due amounts.

EXHIBIT Q - 1