# EXHIBIT T

Invoice No. 15603 (Electronic search and
production requested by Quint)

*Quint Measuring Systems Inc. v. Home Depot U.S.A., Inc., et al*
Civil File Action No. 1:10-CV-1963-JOF

**Paragon Legal Technology Support**

1230 Peachtree Street NE
Suite 200
Atlanta, GA 30309
Phone # (404) 920-0077
Fax # (404) 920-0080

# Invoice

| Date | Invoice # |
|---|---|
| 9/14/2011 | 15603 |

Federal Tax ID# 20-0558968

| Bill To | Ship To |
|---|---|
| Bondurant Mixson & Elmore<br>1201 W. Peachtree St NW<br>Suite 3900<br>Atlanta, GA 30309 | Bondurant Mixson & Elmore<br>1201 W. Peachtree St NW<br>Suite 3900<br>Atlanta, GA 30309<br>Lindsey Harrison |

| Client Reference | Terms | Due Date | Rep | Ship | Project |
|---|---|---|---|---|---|
| 4252.9155 | | 9/29/2011 | MG | 9/14/2011 | 33 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 131.76 | 4-3531 | IPRO Culling | 50.00 | 6,588.00T |
| 17.68 | 4-3220 | Native to TIFF Processing | 600.00 | 10,608.00T |
| 11,084 | 4-2300 | Electronic Numbering | 0.01 | 110.84T |
| 1 | 4-1800 | Flash Drive | 50.00 | 50.00T |
| 1 | 4-3700 | Archive | 15.00 | 15.00T |
| | | QUINTEDD001-003 = HD000001-11084 (Quint Terms) | | |

| | |
|---|---|
| **Subtotal** | $17,371.84 |
| **Sales Tax (8.0%)** | $1,389.75 |
| **Total** | $18,761.59 |

_[signature]_
Customer Approval

Customer (s) shall have 15 days from the date of invoice within which to make payment to Paragon. Late payment charges of one and one-half percent (1.5%) per month shall be charged on all past due amounts.

EXHIBIT T - 1