# EXHIBIT U

Invoice No. 2359 (Reflexis Invoice)

*Quint Measuring Systems Inc. v. Home Depot U.S.A., Inc., et al*
Civil File Action No. 1:10-CV-1963-JOF



**Reflexis Systems Inc**
3 Allied Drive Suite 400
South Building
Dedham, MA 02026

| | |
|---|---|
| INVOICE # : | 2359 |
| DATE : | 09/20/11 |
| DUE DATE : | 10/20/11 |
| TOTAL AMOUNT : | $7,560.00 |
| TOTAL DUE : | $7,560.00 |

Bill to: Home Depot U.S.A., Inc
Attn: Home Depot U.S.A., Inc
2455 Paces Ferry Road
NW Atlanta,, GA 30339
USA

| DESCRIPTION / MEMO | AMOUNT |
|---|---|
| For 7 days of DBA services to extrapolate historical data which includes service hours by rep, by rep group for specific vendor numbers. This effort also includes indexing of photos associated with each service call and provides questions/responses on selected questionnaires. | $8,400.00 |
| Professional Services - 10% discount for DBA services. | $(840.00) |

Please remit all payments to;
Reflexis Systems Inc
Dept AT 952851
Atlanta, GA 31192-2851
For questions, contact Shonta Smith 678.264.2450

**TOTAL AMOUNT:** $7,560.00

---

**Reflexis Systems Inc**
3 Allied Drive Suite 400
South Building
Dedham, MA 02026

Customer Id: HD
Invoice #:2359

Bill to: Home Depot U.S.A., Inc
Attn: Home Depot U.S.A., Inc
2455 Paces Ferry Road
NW Atlanta,, GA 30339
USA

TOTAL DUE: $7,560.00

AMOUNT ENCLOSED:

Remit to: Reflexis Systems Inc
Dept AT 952851
Atlanta, GA 31192-2851
US

DATE: 09/20/11    TERMS: Net 30    DUE DATE: 10/20/11    PAGE 1

CONFIDENTIAL                         EXHIBIT U - 1                         HD-QUINT007818