EXHIBIT 2



Quint

# STATEMENT

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737   Fax:714-486-0746

| Account No. | Date |
|---|---|
| C75590 | 2/2/2012 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $435.00 | $679.12 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$1,114.12** |

Charles 'Chad' Hoffecker
Ney Russell Hoffecker & Erck
945 E. Paces Ferry Rd.
Suite 2220
Resurgens Plaza
Atlanta, GA  30326

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 12/30/2011 | 316607 | 679.12 | 12/15/2011 | Paul Stubbs | Quint Measuring Systems v. Home Depot |
| 1/6/2012 | 317215 | 435.00 | 12/15/2011 | Paul Stubbs -- (VIDEO) | Quint Measuring Systems v. Home Depot |

**Tax ID:** 76-0523238

Phone:     Fax:404.233.2404

*Please detach bottom portion and return with payment.*

Charles 'Chad' Hoffecker
Ney Russell Hoffecker & Erck
945 E. Paces Ferry Rd.
Suite 2220
Resurgens Plaza
Atlanta, GA  30326

Account No.  :  C75590
Date             :  2/2/2012

**Total Due**   :  **$ 1,114.12**

Remit To:  **U.S. Legal Support (CA Reporting)**
**P O Box 79637**
**City of Industry, CA  91716-9637**

# STATEMENT

U.S. Legal Support - LA  
15250 Ventura Boulevard  
Suite 410  
Sherman Oaks, CA 91403  
Phone: 818-995-0600  Fax: 818-995-4248

| Account No. | Date |
|---|---|
| C75590 | 02/02/2012 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $956.25 | $843.90 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | $1,800.15 |

Charles 'Chad' Hoffecker  
Ney Russell Hoffecker & Erck  
945 E. Paces Ferry Rd.  
Suite 2220  
Resurgens Plaza  
Atlanta, GA  30326

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 12/30/2011 | 316582 | 843.90 | 12/14/2011 | Mark Vandall | Quint Measuring Systems v. Home Depot |
| 01/04/2012 | 316948 | 956.25 | 12/14/2011 | Mark Vandall -- (VIDEO) | Quint Measuring Systems v. Home Depot |

Phone:   Fax: 404.233.2404

**Tax ID:** 76-0523238

*Please detach bottom portion and return with payment.*

Charles 'Chad' Hoffecker  
Ney Russell Hoffecker & Erck  
945 E. Paces Ferry Rd.  
Suite 2220  
Resurgens Plaza  
Atlanta, GA  30326

Account No.  :  C75590  
Date              :  02/02/2012

**Total Due**   :  $ 1,800.15

Remit To:  **U.S. Legal Support (CA Reporting)**  
**P O Box 79637**  
**City of Industry, CA  91716-9637**

# Invoice

**LISS REPORTING, P.C.**

618 Buckthorn, Buffalo Grove, IL 60089
Email: greatcsr@aol.com
Phone & Fax: 847.520.9720

**PAID**

| Date | Invoice # |
|---|---|
| 1/3/2012 | 12673 |

**Bill To**

NEY RUSSELL HOFFECKER & ERCK
Mr. Charles Hoffecker
Resurgens Plaza
945 East Paces Ferry Road, Suite 2220
Atlanta, GA 30326

| Description | Amount |
|---|---|
| Quint Measuring Systems v. Home Depot USA, Inc., Videotaped Deposition of James Ardell, taken 12/21/11 | 275.00 |
| Appearances 5.5 hrs @$50 per hour | 540.00 |
| Original Transcript 180 pgs @$3.00 per page (To be filed with the Court) | 180.00 |
| Same Side Copy 180 pgs @$1.00 per page | 10.00 |
| Delivery Charge | 0.00 |
| E-Tran Complimentary | |

**Total** $1,005.00



Enhanced Legal Video
504 West Prairie Street
Marengo, IL 60152
815.568.7544

# Invoice

| Date | Invoice No. |
|---|---|
| 01/06/12 | 3639 |

EIN #13-4313601

**Bill To:**
Hoffecker, Charles E.
Ney, Russell, Hoffecker & Erck
945 East Paces Ferry Road
Suite 2220, Resurgens Plaza
Atlanta, GA 30326

| P.O. Number | Terms | Project |
|---|---|---|
|  | C.O.D.* |  |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
|  | Quint Measuring Systems VS. The Home Depot, USA | | | |
|  | Videotaped deposition | | | |
|  | James Ardell, 12/21/11 | | | |
| 1aa | Setup/Strike | 1 | 125.00 | 125.00 |
| 01 | First 2 hour min. | 1 | 350.00 | 350.00 |
| 02 | Additional hours | 3.5 | 125.00 | 437.50 |
| 14 | Materials | 1 | 20.00 | 20.00 |
| 12 | Travel | 1 | 30.00 | 30.00 |
|  | PRODUCTION | | | |
| 05 | DVD production, discs | 4 | 50.00 | 200.00 |
| 00 | FedEx shipping and handling | 1 | 35.00 | 35.00 |

Thank you for your business.

| Total | $1,197.50 |
|---|---|



**Elizabeth Gallo**
COURT REPORTING LLC

2900 Chamblee Tucker Road, Building 13, Atlanta, Georgia 30341
Telephone: 770.573.4838 | Fax: 1.866.870.6032
Toll-Free: 1.866.689.1837
General E-Mail: info@georgiareporting.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16008 | 12/30/2011 | 12047 |
| Job Date | Case No. | |
| 12/20/2011 | 1:10-cv-1963-JOF | |
| Case Name | | |
| Quint Measuring Systems vs. Home Depot USA | | |
| Payment Terms | | |
| Due upon receipt | | |

Charles E. Hoffecker
Ney Russell Hoffecker & Erck
Suite 2220, Resurgens Plaza
945 East Paces Ferry Road
Atlanta, GA 30326

ORIGINAL TRANSCRIPT OF:
   30(b)(6) of Christopher Peacock
     Full Day

                                        1,061.91

**TOTAL DUE >>>**      $1,061.91

Thank you. Your business is appreciated.
Please make checks out to Elizabeth Gallo Court Reporting, LLC.

Please help keep our rates low. We rely on timely payments to keep our rates low. Payment is due upon receipt. No exceptions for third-party payments. Customer is responsible for all costs of collection, including reasonable attorney fees.

If you have any questions, please call Heather Grau at (404) 389-1177.

**Tax ID:** 20-4868995        Phone: (404) 885-7576    Fax: (404) 842-7222

*Please detach bottom portion and return with payment.*

Job No. : 12047     BU ID : EGCR
Case No. : 1:10-cv-1963-JOF
Case Name : Quint Measuring Systems vs. Home Depot USA

Charles E. Hoffecker
Ney Russell Hoffecker & Erck
Suite 2220, Resurgens Plaza
945 East Paces Ferry Road
Atlanta, GA 30326

Invoice No. : 16008     Invoice Date : 12/30/2011
**Total Due** : $ 1,061.91

**Remit To:** Elizabeth Gallo Court Reporting
2900 Chamblee Tucker Road
Building 13
   GA 30341

| PAYMENT WITH CREDIT CARD | AMEX | VISA |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |

CERTIFIED COURT REPORTERS 

CHARLES HOFFECKER, ESQ.
NEY, RUSSELL, HOFFECKER & ERCK
945 EAST PACES FERRY ROAD
SUITE 2200 RESURGENS PLAZA
ATLANTA, GA 30326

INV.NO.
25373

INV.DATE    CL.NO.
12/19/2011  5150

Re: QUINT MEASURING SYSTEMS, INC    HOME DEPOT, INC ET AL
Assignment Date: November 17, 2011

COPY/DEPOSITION OF RICHARD QUINT

                          Total Amount $      975.30
     Interest At A Rate Of 1.50% After 30 Days $    0.00
                             Total due $      975.30

METHOD OF PAYMENT:
☐ Check Enclosed                ☐ Charge my credit card:
Please make check payable to:   ☐ VISA ☐ MasterCard
Premier Reporting               ☐ American Express

☐☐☐☐  ☐☐☐☐  ☐☐☐☐  ☐☐☐☐  ☐☐  ☐☐
Credit Card #                              Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Telephone

PREMIER REPORTING
The Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia  30326
404-237-1990 - 800-317-5773 - 404-816-1335 (fax) - www.premierreporting.com
Tax ID#: 58-2119241

CERTIFIED COURT REPORTERS 

CHARLES HOFFECKER, ESQ.
NEY, RUSSELL, HOFFECKER & ERCK
945 EAST PACES FERRY ROAD
SUITE 2200 RESURGENS PLAZA
ATLANTA, GA 30326

INV.NO.
25371

INV.DATE     CL.NO.
12/19/2011   5150

Re: QUINT MEASURING SYSTEMS, INC    HOME DEPOT, INC ET AL
Assignment Date: November 16, 2011

COPY/DEPOSITION OF LYNETTE MARIE GUCK

COPY/DEPOSITION OF CAROL QUINT

```
                              Total Amount $      770.28
     Interest At A Rate Of 1.50% After 30 Days $    0.00
                              Total due   $      770.28
```

METHOD OF PAYMENT:
☐ Check Enclosed
Please make check payable to:
Premier Reporting

☐ Charge my credit card:
☐ VISA ☐ MasterCard
☐ American Express

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐  ☐☐ ☐☐
Credit Card #                          Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Telephone

PREMIER REPORTING

The Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia 30326
404-237-1990 - 800-317-5773 - 404-816-1335 (fax) - www.premierreporting.com
Tax ID#: 58-2119241



**INVOICE**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15897 | 12/19/2011 | 12046 |
| Job Date | | Case No. |
| 12/13/2011 | | 1:10-cv-1963-JOF |
| Case Name | | |
| Quint Measuring Systems vs. Home Depot USA | | |
| Payment Terms | | |
| Due upon receipt | | |

Elizabeth Gallo
COURT REPORTING LLC

2900 Chamblee Tucker Road, Building 13, Atlanta, Georgia 30341
Telephone: 770.573.4838 | Fax: 1.866.870.6032
Toll-Free: 1.866.689.1837
General E-Mail: info@Georgiareporting.com

Charles E. Hoffecker
Ney Russell Hoffecker & Erck
Suite 2220, Resurgens Plaza
945 East Paces Ferry Road
Atlanta, GA 30326

ORIGINAL TRANSCRIPT OF:
   William David Bastek
      Full Day                                        1,106.52

**TOTAL DUE >>>**     **$1,106.52**

Thank you. Your business is appreciated.
Please make checks out to Elizabeth Gallo Court Reporting, LLC.

Please help keep our rates low. We rely on timely payments to keep our rates low. Payment is due upon receipt. No exceptions for third-party payments. Customer is responsible for all costs of collection, including reasonable attorney fees.

If you have any questions, please call us at (770) 573-4838.

**Tax ID:** 20-4868995                          Phone: (404) 885-7576    Fax: (404) 842-7222

*Please detach bottom portion and return with payment.*

Charles E. Hoffecker
Ney Russell Hoffecker & Erck
Suite 2220, Resurgens Plaza
945 East Paces Ferry Road
Atlanta, GA 30326

Job No.   : 12046         BU ID      : EGCR
Case No.  : 1:10-cv-1963-JOF
Case Name : Quint Measuring Systems vs. Home Depot USA

Invoice No. : 15897         Invoice Date : 12/19/2011
**Total Due**   : $ 1,106.52

**PAYMENT WITH CREDIT CARD**     AMEX   MasterCard   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

Remit To: **Elizabeth Gallo Court Reporting**
          **2900 Chamblee Tucker Road**
          **Building 13**
          **Atlanta, GA 30341**